PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. JONES,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO. 2:20-CV-00889-TLN-DMC<br><br>**ORDER** |

Before the Court is the joint stipulation and request of the parties to continue remaining deadlines by approximately 90 days. Good cause appearing, the request is GRANTED. The parties shall adhere to the following schedule:

| | |
|---|---|
| Completion of expert discovery | October 29, 2021 |
| Deadline for supplemental discovery disclosures pursuant to Rule 26(e) | November 30, 2021 |
| Deadline to request page limit increase for dispositive motions | December 17, 2021 |
| Deadline to file notice of trial readiness if no party intends to file dispositive motion | December 17, 2021 |
| Deadline to file dispositive motions | December 31, 2021 |
| Deadline to file notice of trial readiness as set forth in the Initial Pretrial Order (ECF 4) | 30 days after ruling on dispositive motion |

All other requirements set forth in the Court's Initial Pretrial Schedule Order remain in effect. *See* ECF 4.

IT IS SO ORDERED.

DATED: July 22, 2021

Troy L. Nunley
United States District Judge